IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD C. STEELE, JR.                    Case No. 6:13-cv-02286-MA

   Plaintiff,                    ORDER FOR EAJA FEES

 v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

   Defendant.

MARSH, Judge

 On May 19, 2015, plaintiff filed an Application for Fees
Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §
2412(d), in which plaintiff seeks attorney fees in the amount of
$4,534.53. (#22).   On June 2, 2015, the Commissioner filed a
response indicating that it has considered the motion and has no
objection. (#24).

 Accordingly, based on the agreement of the parties, it is
hereby ORDERED that attorney fees in the amount of $4,534.53 shall
be awarded to plaintiff pursuant to the Equal Access to Justice
Act, 28 U.S.C. § 2412.   There are no costs or expenses.   The
parties agree that attorney fees will be paid to plaintiff's

1 - ORDER FOR EAJA FEES

attorney, subject to verification that plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If plaintiff has no such debt, then the check shall be made payable to plaintiff's attorney, Kathryn Tassinari, at Ms. Tassinari's address: Harder, Wells, Baron and Manning, P.C., 474 Willamette Street, Eugene, OR 97401. If plaintiff has a debt, then the check for any remaining funds after offset shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this __5__ day of JUNE, 2015.

Malcolm F. Marsh
United States District Judge